**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern    District of  Florida
                                (State)

Case number (*If known*): _____  Chapter 15

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | Spyglass Investment Management Ltd. – in Liquidation |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) ____ – _____<br>☐ Other _____. Describe identifier _____.<br>**For individual debtors:**<br>☐ Social Security number: XXX - XX– _____<br>☐ Individual Taxpayer Identification number (ITIN): 9 XX - XX - _____<br>☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Stephen Briscoe and Michael Person **-** Joint Liquidators |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Section 159(2) of the Insolvency Act, 2003 |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☒ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>See Verified Petition under Chapter 15 for Recognition of Foreign Proceeding and supporting Declaration filed in support thereof. |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☒ Yes |

Debtor  Spyglass Investment Management Ltd. – in Liquidation
Name

Case number (*if known*) _____

8. **Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

**Country where the debtor has the center of its main interests:**

British Virgin Islands

**Debtor's registered office:**

2nd Floor TICO Building Wickhams Cay II
Number    Street

P.O. Box 4441
P.O. Box

Road Town, Tortola, VG 1110
City    State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

2nd Floor TICO Building Wickhams Cay II
Number    Street

P.O. Box 4441
P.O. Box

Road Town, Tortola, VG 1110
City    State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

10. **Debtor's website** (URL)    _____

11. **Type of debtor**

*Check one:*

☒ Non-individual (*check one*):

　☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

　☐ Partnership

　☐ Other. Specify: _____

☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

| Debtor | Spyglass Investment Management Ltd. - in Liquidation | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
See Verified Petition under Chapter 15 for Recognition of Foreign Proceeding and supporting Declaration filed in support thereof.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____     Stephen Bricoe
Signature of foreign representative              Printed name

Executed on    11/23/2018
               MM / DD / YYYY

✗ _____     Michael Pearson
Signature of foreign representative              Printed name

Executed on    11/23/2018
               MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Eduardo F. Rodriguez          Date   11/26/2018
Signature of Attorney for foreign representative       MM / DD / YYYY

Eduardo F. Rodriguez
Printed name

EFR Law Firm
Firm name

1548        Brickell Avenue
Number      Street

Miami                                  FL              33129
City                                   State           ZIP Code

(305) 340-0034                         eddie@efrlawfirm.com
Contact phone                          Email address

36423                                  FL
Bar number                             State