IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| Spyglass Investment Management Ltd. (in ) | |
| Liquidation), ) | Case No. 18-24662-LMI |
| ) | |
| Debtor in a Foreign Proceeding. ) | |
| ) | |

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Michael Pearson, in his capacity as Liquidator and Foreign Representative of Spyglass Investment Management Ltd. (in Liquidation) by and through his counsel, herby files this statement in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and states as follows:

- Vanguardia Group Inc. owns 100% of the equity interests of Spyglass Investment Management Ltd.

Dated: November 28, 2018.
Miami, Florida

EFR LAW FIRM

/s/ Eduardo F. Rodriguez
Eduardo F. Rodriguez (Florida Bar No. 36423)
1548 Brickell Avenue
Miami, Florida 33129
(305) 340-0034 (telephone)

ALSTON & BIRD LLP

William S. Sugden (*pro hac vice pending*)
Jonathan T. Edwards (*pro hac vice pending*)
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)

*Attorneys for the Foreign Representatives*